No. 45623.—Protests 792898–G, etc., of Dritz Traum Co., Inc. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of plates, trays, sugar and creamer sets, and candlesticks, chiefly used in the household, composed in chief value of metal, not plated. The claim at 40 percent under paragraph 339 was therefore sustained. Abstracts 42474 and 43374 followed.